**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                             Case No.: 8:24-cr-564-KKM-TGW

DANIEL LIBURDI

_____

**ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT**

The defendant, Daniel Liburbi, entered a plea of guilty to Count One of the
Superseding Information before Magistrate Judge Natalie Hirt Adams on May 19, 2026.
The Magistrate Judge issued a Report and Recommendation, recommending that the
Court accept the plea of guilty and adjudge Daniel Liburdi guilty. As no timely objection
appears, the following is **ORDERED**:

1. The Court adopts the Magistrate Judge's Report and Recommendation.

2. The Court adjudges Daniel Liburdi guilty as to Count One of the
   Superseding Information.

3. The sentencing will occur on Tuesday, August 18, 2026, at 11:00 a.m. in
   Courtroom 13B of the United States Courthouse, 801 N. Florida Avenue,
   Tampa, Florida 33602-3800.

4. Counsel must file any motion for a continuance of sentencing at least
   **fourteen (14) days** before the sentencing date. A motion for continuance
   must include a statement of the other party's support or opposition to the

proposed continuance.

5. Counsel must file any sentencing memorandums at least **seven (7) days** before the sentencing date.

6. Counsel must promptly notify the Deputy Clerk if a party is seeking an evidentiary sentencing hearing or if a party anticipates that the sentencing hearing will exceed thirty (30) minutes.

**ORDERED** in Tampa, Florida, June 2, 2026.

Kathryn Kimball Mizelle
United States District Judge

Copies furnished to:  All Parties and Counsel of Record
Agencies:  USPTS; USMS; USPO