UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:24-cr-564-KKM-GDP

DANIEL LIBURDI,
JOSEPH SCOTTO,
GREGORY WALKER, and
FRANK CARBONE III
______________________________/

[OWNER OF RECORD: ENDLESS VIEWZ LLC, a U.S. Virgin Islands limited liability company]

**RELEASE OF LIS PENDENS**

The United States of America hereby releases and withdraws the following: (1) Notice of Lis Pendens recorded on January 17, 2025, Doc. # 2025000279, in the Official Records of St. Thomas / St. John M.P.A., Recorder of Deeds, and (2) Notice of Renewal of Lis Pendens recorded on January 14, 2026, Doc #: 2026000186, in Official Records of St. Thomas / St. John, M.P.A., Recorder of Deeds for the real property including all improvements thereon and appurtenances thereto, located at **195 Chocolate Hole, Cruz Bay, St. John, U.S. Virgin Islands, 00830**, which is legally described as:

A Parcel No. 195 Estate Chocolate Hole
No. 11 Cruz Bay Quarter
St. John, U.S. Virgin Islands
Consisting of 0.53 U.S. Acres, more or less
As shown on PWD No. G9-633-T62
Parcel Number: 3-08203-0603-00.

This property is no longer subject to forfeiture in the instant case.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By: *s/Suzanne C. Nebesky*

SUZANNE C. NEBESKY
Assistant United States Attorney
Florida Bar Number 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: suzanne.nebesky@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*

SUZANNE C. NEBESKY
Assistant United States Attorney